SWANSON & MCNAMARA LLP
Edward W. Swanson (SBN 159859)
ed@smllp.com
Britt Evangelist (SBN 260457)
britt@smllp.com
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
(415) 447-3800 / FAX (415) 477-9010

*Attorneys for Defendant Paul. R. Wassgren*

WILLIAMS & CONNOLLY LLP
John K. Villa (admitted pro hac vice)
jvilla@wc.com
Vidya Atre Mirmira (admitted pro hac vice)
vmirmira@wc.com
Joseph Bayerl (SBN 330085)
jbayerl@wc.com
680 Maine Avenue SW
Washington, DC  20024
(202) 434-5000 / FAX (202) 434-5029

KLINEDINST PC
Heather L. Rosing (SBN 183986)
hrosing@klinedinstlaw.com
Daniel S. Agle (SBN 251090)
dagle@klinedinstlaw.com
Amara S. Barbara (SBN 323332)
abarbara@klinedinstlaw.com
777 S. Figueroa St., Ste. 4000
Los Angeles, California 92101
(213) 442-7000/ FAX (213) 406-1101

*Attorneys for Defendant DLA Piper LLP (US)*

GUNSTER, YOAKLEY, & STEWART, P.A.
William Schifino (admitted pro hac vice)
wschifino@gunster.com
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
(561) 804-4362 / FAX (561) 671-2450

JENNER & BLOCK LLP
Michael McNamara (SBN 106079)
MMcNamara@jenner.com
Effiong Dampha (SBN 323554)
EDampha@jenner.com
515 South Flower Street Suite 3300
Los Angeles, CA 90071
(213) 239-5100 / FAX (213) 239-5199

*Attorneys for Defendant Fox Rothschild LLP*

1

Case No. 2:22-08551 AB (PVCx)
STIPULATION TO SET BRIEFING DEADLINES AND CONTINUE HEARING DATES FOR
DEFENDANTS' MOTIONS TO DISMISS AND PLAINTIFF'S MOTION TO REMAND

STANFORD AND ASSOCIATES
Dan L. Stanford (SBN 067658)
dan@stanfordandassociates.com
101 West Broadway, Suite 810
San Diego, CA 92101
Telephone: (619) 695-0655

DUNN DESANTIS WALT & KENDRICK, LLP
Kevin V. DeSantis, Esq. (SBN 137963)
kdesantis@ddwklaw.com
James A. McFaul, Esq. (SBN 248670)
jmcfaul@ddwklaw.com
David D. Cardone, Esq. (SBN 254954)
dcardone@ddwklaw.com
Adam J. Yarbrough, Esq. (SBN 247687)
ayarbrough@ddwklaw.com
750 B Street, Suite 2620
San Diego, CA 92101
Telephone: (619) 573-4488

*Attorneys for Plaintiff Robert Joseph Armijo*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBERT JOSEPH ARMIJO,<br><br>Plaintiff,<br><br>v.<br><br>PAUL R. WASSGREN, DLA PIPER LLP (US), FOX ROTHSCHILD LLP, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-08851 AB (PVCx)<br><br>**STIPULATION TO SET BRIEFING DEADLINES AND CONTINUE HEARING DATES FOR DEFENDANTS' MOTIONS TO DISMISS AND PLAINTIFF'S MOTION TO REMAND**<br><br>Judge:          Hon. André Birotte Jr.<br>Hearing Date:  February 3, 2023<br>Hearing Time:  10:00 a.m.<br>Place:          Courtroom 7B |

Plaintiff Robert Joseph Armijo ("Plaintiff") and defendants Paul R. Wassgren, DLA Piper LLP (US), and Fox Rothschild LLP (collectively "Defendants") (Plaintiff and Defendants collectively referred to herein as the "Parties"), by and through their counsel of record, hereby Stipulate and Agree as follows:

1. Defendant DLA Piper LLP (US) filed its Motion to Dismiss on December 29, 2022, (Doc. No. 38) which was noticed for hearing on February 3, 2023, at 10:00 a.m.

2. Defendant Fox Rothschild LLP filed its Motion to Dismiss on January 4, 2023, (Doc No. 40) which was noticed for hearing on February 3, 2023, at 10:00 a.m.

3. Defendant Paul R. Wassgren filed his Notice of Joinder to the Motions to Dismiss filed by DLA Piper LLP (US) and Fox Rothschild LLP on January 4, 2023, (Doc. No. 41) which was noticed for hearing on February 3, 2023.

4. Plaintiff filed his Motion to Remand on January 5, 2023, (Doc. No. 43) which was noticed for hearing on February 3, 2023, at 10:00 a.m.

5. The Parties met and conferred concerning the hearing date for the Motions to Dismiss and the Motion to Remand as well as the resulting deadlines for the opposition and reply briefing and came to an agreement to continue the hearing date on Defendants' Motions to Dismiss and Plaintiff's Motion to Remand to allow more time for the briefing.

NOW THEREFORE, the Parties hereby Stipulate and Agree: (a) to continue the hearings on Defendants' Motions to Dismiss (Doc. Nos. 38, 40, and 41) and Plaintiff's Motion to Remand (Doc. No. 43) from February 3, 2023, to February 17, 2023, at 10:00 a.m.; (b) Plaintiff's opposing papers to Defendants' Motions to Dismiss are due to be filed with the Court on January 20, 2023; (c) Defendants' reply papers to Defendants' Motions to Dismiss are due to be filed with the Court on February 3, 2023; (d) Defendants' opposing papers to Plaintiff's Motion to Remand are due to be filed with the Court on January 20, 2023; and (e) Plaintiff's reply papers to Plaintiff's Motion to Remand are due to be filed with the Court on February 3, 2023.

Plaintiff does not, by way of this Stipulation, agree that Defendants' pending Motion to Transfer (Doc. No. 34) should be determined prior to Plaintiff's Motion to Remand. As Plaintiff has stated in support of his Motion to Remand and in opposition

1  to Defendants' Motion to Transfer, Plaintiff asserts that the Motion to Remand should
2  be decided prior to any other motions in this matter.  (Doc. No. 43-1, at pp. 5, 22-23;
3  Doc. No. 47, at pp. 1, 8.)  Conversely, as explained in Defendants' Motion to Transfer,
4  Defendants assert that this Court can and should rule on the Motion to Transfer before
5  addressing any issues related to removal or remand.  (Doc. No. 34-1, at 1:7-3:2.)
6  / / /
7  / / /
8  / / /

| | |
|---|---|
| Dated: January 9, 2023 | WILLIAMS & CONNOLLY LLP<br><br>By:   /s/Vidya Mirmira<br>     John K. Villa<br>     Vidya A. Mirmira<br>     Joseph Bayerl<br>*Attorneys for Defendant DLA Piper LLP (US)* |
| Dated: January 9, 2023 | KLINEDINST PC<br><br>By:   /s/Daniel S. Agle<br>     Heather L. Rosing<br>     Daniel S. Agle<br>     Amara S. Barbara<br>*Attorneys for Defendant DLA Piper LLP (US)* |
| Dated: January 9, 2023 | SWANSON & MCNAMARA, LLP<br><br>By:   /s/Britt Evangelist<br>     Edward W. Swanson<br>     Britt Evangelist<br>*Attorneys for Defendant Paul R. Wassgren* |
| Dated: January 9, 2023 | GUNSTER, YOAKLEY, & STEWART, P.A.<br><br>By:   /s/William Schifino<br>     William Schifino<br>*Attorneys for Defendant Fox Rothschild LLP* |

| | | |
|---|---|---|
| 1 | Dated: January 9, 2023 | JENNER & BLOCK, LLP |
| 2 | | |
| 3 | | By:   /s/Effiong Dampha |
| | | Michael P. McNamara |
| 4 | | Effiong Dampha |
| 5 | | *Attorneys for Defendant Fox Rothschild LLP* |
| 6 | | |
| 7 | Dated: January 9, 2023 | DUNN DESANTIS WALT & KENDRICK, LLP |
| 8 | | |
| 9 | | By:   /s/James A. McFaul |
| 10 | | Kevin V. DeSantis |
| | | James A. McFaul |
| 11 | | David D. Cardone |
| 12 | | Adam J. Yarbrough |
| 13 | | *Attorneys for Plaintiff Robert Joseph Armijo* |
| 14 | | |
| 15 | Dated: January 9, 2023 | STANFORD AND ASSOCIATES |
| 16 | | |
| 17 | | By:   /s/Dan L. Stanford |
| | | Dan L. Stanford |
| 18 | | *Attorney for Plaintiff Robert Joseph Armijo* |

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 9, 2023

KLINEDINST PC

By:   /s/Daniel S. Agle
      Heather L. Rosing
      Daniel S. Agle
      Amara S. Barbara
*Attorneys for Defendant DLA Piper LLP (US)*

22034648.3

# CERTIFICATE OF SERVICE

**Robert Armijo v. Paul R. Wassgren, et al.**
**USDC – Central District, Case No. 2:20-cv-8851-JFW MRWx**

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 501 West Broadway, Suite 600, San Diego, California 92101.

On January 9, 2023, I served true copies of the following document(s) described as **STIPULATION TO SET BRIEFING DEADLINES AND CONTINUE HEARING DATES FOR DEFENDANTS' MOTIONS TO DISMISS AND PLAINTIFF'S MOTION TO REMAND** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 9, 2023, at San Diego, California.

/s/Maria Suarez-Lopez
Maria E. Suarez-Lopez

**SERVICE LIST**
*Robert Armijo v. Paul R. Wassgren, et al.*
**USDC – Central District, Case No. 2:20-cv-8851-JFW MRWx**

| | |
|---|---|
| SWANSON & MCNAMARA LLP<br>Edward W. Swanson (SBN 159859)<br>Britt Evangelist (SBN 260457)<br>300 Montgomery Street, Suite 1100<br>San Francisco, CA 94104 | (415) 447-3800 / FAX (415) 477-9010<br>ed@smllp.law; britt@smllp.law<br><br>*Attorneys for Defendant Paul R. Wassgren* |
| WILLIAMS & CONNOLLY LLP<br>Joseph Bayerl (SBN 330085)<br>John K. Villa *(Admitted Pro Hac Vice)*<br>Vidya Atre Mirmira *(Admitted Pro Hac Vice)*<br>680 Maine Avenue SW<br>Washington, DC 20024 | (202) 434-5000 / FAX (202) 434-5029<br>jbayerl@wc.com; jvilla@wc.com;<br>vmirmira@wc.com<br><br>*Attorneys for Defendant DLA Piper LLP (US)* |
| JENNER & BLOCK LLP<br>Michael McNamara (SBN 106079)<br>Effiong Dampha (SBN 323554)<br>515 South Flower Street Suite 3300<br>Los Angeles, CA 90071 | (213) 239-5100 / FAX (213) 239-5199<br>MMcNamara@jenner.com;<br>EDampha@jenner.com<br><br>*Attorneys for Defendant Fox Rothschild LLP* |
| GUNSTER, YOAKLEY & STEWARD, P.A.<br>William Schifino *(Admitted Pro Hac Vice)*<br>401 E. Jackson St., Suite 2500<br>Tampa, FL 33602 | Tel: (561) 804-4362<br>wschifino@gunster.com<br><br>*Attorney for Defendant Fox Rothschild LLP* |
| Kevin V. DeSantis (SBN 137963)<br>James A. McFaul (SBN 248670)<br>David D. Cardone (SBN 254954)<br>Adam Yarbrough (SBN 247687)<br>DUNN DESANTIS WALT & KENDRICK, LLP<br>750 B Street, Ste. 2620<br>San Diego, CA 92101 | Tel: (619) 573-4488<br>kdesantis@ddwklaw.com<br>jmcfaul@ddwklaw.com<br>dcardone@ddwklaw.com<br>ayarbrough@ddwklaw.com<br><br>*Attorneys for Plaintiff Robert Joseph Armijo* |
| Dan Stanford (SBN 67658)<br>STANFORD AND ASSOCIATES<br>101 W Broadway, Suite 810<br>San Diego, CA 92101 | dan@stanfordandassociates.com<br><br>*Attorneys for Plaintiff Robert Joseph Armijo* |