1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBERT JOSEPH ARMIJO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PAUL R. WASSGREN, DLA PIPER LLP (US), FOX ROTHSCHILD LLP, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:22-cv-08851 AB (PVCx)<br><br>**[PROPOSED] ORDER SETTING BRIEFING DEADLINES AND CONTINUING HEARINGS ON DEFENDANTS' MOTIONS TO DISMISS AND PLAINTIFF'S MOTION TO REMAND**<br><br>Judge:　　　Hon. André Birotte Jr. |

The Court **APPROVES** the parties' Stipulation to Set Briefing Deadlines and Continue Hearing Dates for Defendants' Motions to Dismiss and Plaintiff's Motion to Remand and **ORDERS** as follows:

The hearing on Defendants' Motions to Dismiss (Doc. Nos. 38, 40, and 41) and Plaintiff's Motion to Remand (Doc. No. 43) are hereby continued from February 3, 2023, to February 17, 2023, at 10:00 a.m.

The briefing schedule on Defendants' Motions to Dismiss is as follows: Plaintiff's opposition papers to be filed no later than January 20, 2023; Defendants' reply papers to be filed no later than February 3, 2023.

/ / /

/ / /

/ / /

1
2
3

The briefing schedule on Plaintiff's Motion to Remand is as follows: Defendants' opposition papers to be filed no later than January 20, 2023; Plaintiff's reply papers to be filed no later than February 3, 2023.

4

**IT IS SO ORDERED.**

5

6

DATED: _____

_____

7

ANDRÉ BIROTTE JR.
United States District Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 2:22-08551 AB (PVCx)

[PROPOSED] ORDER SETTING BRIEFING DEADLINES AND CONTINUING HEARINGS ON
DEFENDANTS' MOTIONS TO DISMISS AND PLAINTIFF'S MOTION TO REMAND