SWANSON & MCNAMARA LLP
Edward W. Swanson (SBN 159859)
ed@smllp.com
Britt Evangelist (SBN 260457)
britt@smllp.com
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
(415) 447-3800 / FAX (415) 477-9010

*Attorneys for Defendant Paul R. Wassgren*

WILLIAMS & CONNOLLY LLP
John K. Villa (admitted pro hac vice)
jvilla@wc.com
Vidya Atre Mirmira (admitted pro hac vice)
vmirmira@wc.com
Joseph Bayerl (SBN 330085)
jbayerl@wc.com
680 Maine Ave., S.W.
Washington, DC, 20024
(202) 434-5000 / FAX (202) 434-5029

*Attorneys for Defendant DLA Piper LLP (US)*

JENNER & BLOCK LLP
Michael McNamara (SBN 106079)
MMcNamara@jenner.com
Effiong Dampha (SBN 323554)
EDampha@jenner.com
515 South Flower Street Suite 3300
Los Angeles, CA 90071
(213) 239-5100 / FAX (213) 239-5199

*Attorneys for Defendant Fox Rothschild LLP*

DUNN DESANTIS WALT & KENDRICK, LLP
Kevin V. DeSantis, Esq. (SBN 137963)
kdesantis@ddwklaw.com
James A. McFaul, Esq. (SBN 248670)
jmcfaul@ddwklaw.com
David D. Cardone, Esq. (SBN 254954)
dcardone@ddwklaw.com
Adam J. Yarbrough, Esq. (SBN 247687)
ayarbrough@ddwklaw.com
750 B Street, Suite 2620
San Diego, CA 92101
Telephone: (619) 573-4488

*Attorneys for Plaintiff Robert Joseph Armijo*

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

ROBERT JOSEPH ARMIJO,

      Plaintiff,

    v.

PAUL R. WASSGREN, DLA PIPER LLP (US), FOX ROTHSCHILD LLP, and DOES 1 through 10, inclusive,

      Defendants.

Case No. 2:22-cv-08851-AB(PVCx)

**JOINT STATUS REPORT**

Judge: Hon. André Birotte Jr.

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

On January 30, 2023, the Court stayed this action pending the final approval proceedings in *SEC v. Davison et al.*, Case No. 8:20-cv-325-MSSMRM, ECF No. 787 (M.D. Fla., Jan. 23, 2023) ("SEC Action"), District Judge Mary S. Scriven, presiding, and ordered the parties to file a Joint Status Report within ten days of the final approval proceedings, or by 5/20/2023, whichever occurs sooner, and periodic reports every 60 days thereafter. (Dkt. 60.) In compliance with the Court's order, the parties hereby file this joint status report.

The Final Settlement Hearing in the SEC Action occurred on May 3, 2023, before Judge Scriven. (*See* SEC Action Dkt. 895.) Judge Scriven took the matter under advisement. An order concerning the requested final approval proceedings in the SEC Action has not yet been issued.

A further update will be provided to the Court once Judge Scriven issues an order on the final approval proceedings or in 60 days, whichever occurs first.

1

2  Respectfully submitted,

3 Dated: May 12, 2023   SWANSON & MCNAMARA, LLP

4   By: /s/ Edward W. Swanson
     Edward W. Swanson
5     Britt Evangelist
   Attorneys for Defendant Paul R.
6   Wassgren

7 Dated: May 12, 2023   WILLIAMS & CONNOLLY LLP

8   By: /s/ Vidya A. Mirmira
     John K. Villa
9     Vidya Atre Mirmira
     Joseph Bayerl
10   Attorneys for Defendant DLA Piper LLP
   (US)

11

12 Dated: May 12, 2023   JENNER & BLOCK LLP

13   By: /s/ Michael P. McNamara
     Michael P. McNamara
14     Effiong Dampha
   Attorneys for Defendant Fox Rothschild
15   LLP

16

17 Dated: May 12, 2023   DUNN DESANTIS WALT &
   KENDRICK, LLP

18   By: /s/ James A. McFaul
     Kevin V. DeSantis
19     James A. McFaul
     David D. Cardone
20     Adam J. Yarbrough
   Attorneys for Plaintiff Robert Joseph
21   Armijo

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Signature Attestation**

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories listed
above, and on whose behalf this filing is submitted, concur in the filing's content
and have authorized the filing.


Dated: May 12, 2023                    JENNER & BLOCK LLP

                                       By:  */s/ Effiong K. Dampha*
                                            Michael P. McNamara
                                            Effiong Dampha
                                            *Attorneys for Defendant Fox Rothschild*
                                            *LLP*


**Certificate of Service**

I hereby certify that on May 12, 2023 I electronically filed the foregoing with
the Clerk of the Court by using the CM/ECF system, thereby serving this document
on all attorneys of record in this case.


                                       By:  */s/ Luba S. Yartseva*
                                            Luba S. Yartseva

JOINT STATUS REPORT
Case No. 2:22-CV-08851-AB(PVCx)