DUNN DESANTIS WALT & KENDRICK, LLP
Kevin V. DeSantis, Esq. (SBN 137963)
kdesantis@ddwklaw.com
James A. McFaul, Esq. (SBN 248670)
jmcfaul@ddwklaw.com
David D. Cardone, Esq. (SBN 254954)
dcardone@ddwklaw.com
Adam J. Yarbrough, Esq. (SBN 247687)
ayarbrough@ddwklaw.com
750 B Street, Suite 2620
San Diego, CA 92101
Tel.: (619) 573-4488

*Attorneys for Plaintiff Robert Joseph Armijo*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOSEPH ARMIJO,<br><br>    Plaintiff,<br><br>v.<br><br>PAUL R. WASSGREN, DLA PIPER LLP (US), FOX ROTHSCHILD LLP, and DOES 1 through 10, inclusive,<br><br>    Defendant. | Case No. 2:22-cv-08851 AB (PVCx)<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Judge:   Hon. André Birotte Jr.<br>Ctrm:    7B |

Plaintiff Robert Joseph Armijo submits this Notice of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party to bear their own attorneys' fees and costs.

Dated:  January 10, 2024

DUNN DESANTIS WALT & KENDRICK, LLP

By _____
Kevin V. DeSantis
James A. McFaul
David D. Cardone
Adam J. Yarbrough

*Attorneys for Plaintiff Robert Joseph Armijo*